UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60182-CR-SMITH

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**KEANO DONALD ALTIERI,**

      Defendant,

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 19)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Alicia O. Valle ("Report," ECF No. 19), issued on January 23, 2023, recommending that the Defendants' Motion to Suppress Physical Evidence, ECF [19] be denied. The Defendant filed their Objection to the Report on January 30, 2023, ECF [22], and the Government filed a response to the Objections, ECF [23]. The Court having reviewed, *de novo*, the Report of the Magistrate Judge, the aforementioned filings by the parties, and the record in its entirety, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (ECF No. 19) issued on January 23, 2023 is **AFFIRMED and ADOPTED**.

2. Defendant's Motion to Suppress Physical Evidence, ECF [12] is Denied.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of February, 2023.

_____
RODNEY SMITH
United States District Judge